USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

RAHEEN DAVIS,

                     Defendant.

**05-cr-00694 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     By letter dated August 12, 2024, Defendant requested that the Court investigate whether Defendant perjured himself and that the Court recuse itself, order Defendant's release, or order that Defendant be appointed an attorney. (Dkt. No. 79.) By letter dated September 16, 2024, Defendant requested that the Court take judicial notice that Presidents Bush, Obama, and Biden have ordered that Defendant be tortured and that the Court appoint the Innocence Project. (Dkt. No. 80.)

     The Court hereby **DENIES** Defendant's letter motions as frivolous and on the basis that they present no grounds on which relief may be granted.

**SO ORDERED.**

Dated:     September 27, 2024
             New York, New York

                                                 _____
                                                      Victor Marrero
                                                        U.S.D.J.