USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

RAHEEN DAVIS,

                Defendant.

**05-cr-00694 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By letter dated September 21, 2024, Defendant "move[d] this Court to conduct a military operation with [his] hostage situation." (Dkt. No. 83.) By three letters dated September 25, 2024, Defendant requested (1) that the Court investigate and conduct an evidentiary hearing on whether Presidents Bush, Obama, and Biden told Defendant that he is "going to die before [he] goes home" if he does not cooperate (Dkt. No. 82); (2) that his correspondence be "heard as a writ [of Habeas] or Bivens" (Dkt. No. 84); and that he be appointed an attorney for his "actual injury and deprivation of liberty interest claim" (Dkt. No. 85).

The Court hereby **DENIES** Defendant's letter motions as frivolous and on the basis that they present no grounds on which relief may be granted.

**SO ORDERED.**

Dated:    October 11, 2024
           New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.