USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

RAHEEN DAVIS,

                    Defendant.

**05-cr-00694 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By letter dated October 8, 2024, Defendant "move[d] this court to investigate [and] give [him] a legal team" regarding allegations that there is a "food conspiracy" with "drugs [] in all the food in the [Bureau of Prisons]." (Dkt. No. 87.) The Court has previously reviewed and rejected Defendant's request. (See Dkt. Nos. 81, 86.) The Court hereby **DENIES** Defendant's letter motion as frivolous and on the basis that it presents no grounds on which relief may be granted.

**SO ORDERED.**

Dated:    October 28, 2024
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.