USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

RAHEEN DAVIS,

                              Defendant.

**05-cr-00694 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    By letter dated November 2, 2024, Defendant asked the Court to take judicial notice that he is "a Justice Department Lord of the Worlds, Chief Justice of the Universe," and that he "can't be judged unless [he] consensually agree[s] to it" because he is "a divine source of energy." Defendant also requested that the Court "investigate and appoint [him] a legal team." (Dkt. No. 89.)

    The Court hereby **DENIES** Defendant's letter motion as frivolous and on the basis that it presents no grounds on which relief may be granted.

**SO ORDERED.**

Dated:    November 20, 2024
            New York, New York

                                                    _____
                                                    Victor Marrero
                                                    U.S.D.J.