USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

RAHEEN DAVIS,

                  Defendant.

**05-cr-00694 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    By letter dated November 13, 2024, Defendant asked the Court to "answer respectfully" if it "is in receipt of [Defendant's] legal work." (Dkt. No. 91.)

    The Court hereby **DENIES** Defendant's letter motion because the Court has previously addressed Defendant's prior letter motions. (See Dkt. Nos. 81, 86, 88, 90.)

**SO ORDERED.**

Dated:    December 3, 2024
            New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.